# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **DERREK MARTIN,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:20-cv-01297-RDP-NAD |
| **GENE MITCHELL, Lawrence County Sheriff, et al.,** | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation (Doc. 29) on June 28, 2023, recommending that the court grant the Motion for Summary Judgment filed by Defendants Gene Mitchell, Shannon Pounders, and Mike Agee (Doc. 27). Although the parties were advised of their right to file objections within 14 days, that time has expired with no objections having been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** the Recommendation. The court finds that no genuine issues of material fact exist, and that Defendants are entitled to judgment in their favor as a matter of law. Accordingly, the court shall order that Defendants' Motion for Summary Judgment (Doc. 27) be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this July 24, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE